## RUSSELL v. STATE.
### No. 18084.

Court of Criminal Appeals of Texas.
March 4, 1936.

Rehearing Denied March 25, 1936.

A. J. McMaster, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft is the offense; penalty assessed at confinement in the penitentiary for two years.

The indictment is regular and regularly presented. The, facts heard in the trial court are not brought up for review. No complaints of the proceedings have been presented by way of bills of exception or otherwise.

The judgment is affirmed.